UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-23739-PCH

JAMES WATSON

       Plaintiff,

v.

MMPB GROUP, LLC,
d/b/a Villa Azur

       Defendant.
_____/

### PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Plaintiff, James Watson, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 68 hereby accepts and provides notice that he has accepted the Rule 68 Offer of Judgment to Plaintiff served by Defendant, MMPB Group, LLC, d/b/a Villa Azur, dated October 17, 2023. A copy of Rule 68 Offer of Judgment to Plaintiff is attached hereto as **Ex. A**. The Rule 68 Offer of Judgment to Plaintiff is made to resolve the violations of Defendant's website and public accommodation under Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181, *et seq*.

Plaintiff requests for the Clerk to enter judgment in favor of Plaintiff, James Watson, and against Defendant, MMPB Group, LLC, d/b/a Villa Azur, as to Plaintiff's operative Complaint.

Respectfully submitted on October 25, 2023.

                                             By: */s/ J. Courtney Cunningham*
                                             J. Courtney Cunningham, Esq.
                                             FBN: 628166
                                             J. COURTNEY CUNNINGHAM, PLLC
                                             8950 SW 74th Court, Suite 2201
                                             Miami, Florida 33156
                                             T: 305-351-2014
                                             cc@cunninghampllc.com
                                             legal@cunninghampllc.com

**Watson v. MMPB Group**  
**Case No. 23-cv-23739-PCH**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this October 25, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties and counsel of record, or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

By: */s/ J. Courtney Cunningham*  
J. Courtney Cunningham, Esq.  
FBN: 628166  
**J. COURTNEY CUNNINGHAM, PLLC.**  
8950 SW 74th Court, Suite 2201  
Miami, Florida 33156  
Telephone: 305-351-2014  
cc@cunninghampllc.com  
legal@cunninghampllc.com  

*Counsel for Plaintiff*

## SERVICE LIST

Lowell J. Kuvin, Esq.  
Fla. Bar No.:53072  
**Law Office of Lowell J. Kuvin**  
17 East Flagler St. Suite 223  
Miami Florida 33131  
Tele: 305.358.6800  
lowell@kuvinlaw.com  
lowell@kuvin.law  
legal@kuvin.law  

*Counsel for Defendant*