UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-23739-PCH

**JAMES WATSON**,

    Plaintiff,

v.

**MMPB GROUP LLC,**
**d/b/a Villa Azur**,

    Defendant.

_____/

## ORDER OF JUDGMENT

**THIS MATTER** is before the Court upon Plaintiff's Notice of Acceptance of the Rule 68 Offer of Judgment, and request for the Clerk to enter judgment in favor of Plaintiff, James Watson, and against Defendant, MMPB Group, LLC, d/b/a Villa Azur, and the Court being advised fully in the premises, hereby **ORDERS AND ADJUDGES** as follows:

1. Rule 68 Offer of Judgment [ECF No. 10-1], is APPROVED AND ADOPTED;
2. Defendant, is required within (18) months of the judgment, ensure that their website conforms with, at minimum, the Web Content accessibility Guidelines ("WCAG") 2.0 AA, published by the Web Content Accessibility Initiative of the World Wide Web Consortium ("W3C");
3. The parties' fees and costs have been agreed upon under separate agreement; and
4. The Court retains jurisdiction to enforce the Judgment.

DONE and ORDERED in Chambers in Miami, Florida, on November 14, 2023.

_____
Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record

1