UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:23-cv-23739-PCH

JAMES WATSON,

    Plaintiff,

v.

MMPB GROUP LLC,
d/b/a Villa Azur,

    Defendant.
_____/

## **ORDER**

**THIS CAUSE** is before the Court *sua sponte*. On September 29, 2023, Plaintiff filed his single-count Complaint [ECF No. 1], suing Defendant for alleged violations of the Americans with Disabilities Act of 1990. On October 17, 2023, Defendant served Plaintiff its Offer of Judgment [ECF No. 10-1] under Federal Rule of Civil Procedure 68, and Plaintiff accepted the Offer of Judgment on October 25, 2023 [ECF No. 10]. On November 14, 2023, the Court entered the Order of Judgment [ECF No. 11] in favor of Plaintiff and against Defendant, which requires Defendant to come into compliance with the "Web Content accessibility Guidelines . . . 2.0 AA, published by the Web Content Accessibility Initiative of the World Wide Web Consortium" within 18 months of the Judgment, and retained jurisdiction to enforce the Judgment. There has been no action in the case since entry of the Judgment. Accordingly, it is

**ORDERD AND ADJUDGED** that that the Clerk of Court shall mark this case **CLOSED** for administrative purposes. The administrative closure of this case is for statistical purposes only. The case will be reopened by the Court upon a proper motion by either party.

**DONE AND ORDERED** in Miami, Florida, on January 31, 2024.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel of Record